# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **DaVINCI LOCK, LLC** | ) | Summons |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| **SPIDERDOOR, LLC** | ) | **2:23-cv-00343-NAD** |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Spiderdoor, LLC
c/o Eric Breithaupt (as agreed)
ebreithaupt@joneswalden.com
Jones & Walden LLC
699 Piedmont Avenue NE
Atlanta, Georgia 30308**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David R. Pruet, III (asb-9725-d54p)
*dpruet@lightfootlaw.com*
Meghan S. Cole (asb-6544-b10l)
*mcole@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, LLC**
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel.: (205) 581-0700

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: MAR 20 2023

GREER M. LYNCH, CLERK OF COURT

By: *[signature: Shirley D. Williams]*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA

1729 5th Avenue North
Birmingham, Alabama 35203